## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR. ) | Case No. CV 15-4746-PA (JPR) |
| Plaintiff, ) | |
| v. ) | **J U D G M E N T** |
| L.A. COUNTY GOVERNMENT et al., ) | |
| Defendants. ) | |

Pursuant to the Order Denying Plaintiff's In Forma Pauperis Application, and because Plaintiff has not timely paid the filing fee,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 5, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE